

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00732-CV

In the **INTEREST OF J.M.S.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-00346
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee J.S. recover his costs in this appeal from appellant R.S.

SIGNED March 5, 2014.

_____
Marialyn Barnard, Justice